_____

| | |
|---|---|
| NATURAL RESOURCES GROUP, LLC, | Civil No. 10-3828 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER** |
| DONELL MURPHY,<br>ENVIRONMENTAL RESOURCES<br>MANAGEMENT, INC., | |
| Defendants. | |
| DONELL MURPHY | |
| Counter Claimant | |
| NATURAL RESOURCES GROUP, LLC | |
| Counter Defendant | |

_____

> Bryan T. Symes and Michael L McCain, **SEATON, BECK & PETERS, P.A.,** 7300 Metro Boulevard, Suite 500, Minneapolis, MN 554391, for plaintiff and Counter Defendant.
>
> James D. Dasso and Katherine E. Licup, **FOLEY & LARDNER LLP,** 321 North Clerk Street, Suite 28010, Chicago, IL 60654; Matthew R McBride, **WINTHROP & WEINSTINE, PA**, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, for defendants and Counter Claimant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on November 15, 2010 [Docket No. 36].

**IT IS HEREBY ORDERED** that all claims asserted by all parties in the above-entitled action, including all claims for attorney's fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

Dated: December 1, 2010

at Minneapolis, Minnesota	        s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                     United States District Judge